**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE No.:  0:17-cv-61323**

LANDSCAPE DESIGN WORKSHOP, INC.,

                 Plaintiff,

v.

MINTO COMMUNITIES, LLC., EDSA,
INC., BOTEK THURLOW ENGINEERING,
INC., RWB/LINARES ARCHITECTURE,
INC., AFFINITI ARCHITECTS, INC., and
STEPHEN H. GIBBS LAND SURVEYORS,
INC.,

                 Defendants.

_____

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

      Plaintiff, Landscape Design Workshop, INC. ("LDW"), by and through its undersigned

counsel, for its Complaint against the Defendants, alleges as follows:

**NATURE OF THE ACTION, PARTIES, JURISDICTION AND VENUE**

      1.      This is an action for infringement of copyright in violation of the Copyright Act,

17 U.S.C. § 501.

      2.      Plaintiff LDW is a Florida business corporation with its principal place of

business at 301 Yamato Road, Suite 1240, Boca Raton, Florida 33431.

      3.      Defendant Minto Communities, LLC. ("Minto") is a Florida business corporation

with its principal place of business at 4400 West Sample Road, Suite 200, Coconut Creek,

Florida 33073 and can be served by serving its registered agent, Michael J. Belmont, at the same

address.

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

4.      Defendant EDSA, Ind. ("EDSA") is a Florida business corporation with its principal place of business at 1512 East Broward Boulevard, Suite 110, Fort Lauderdale, Florida 33301 and can be served by serving its registered agent, Douglas C. Smith, at the same address.

5.      Defendant Botek Thurlow Engineering, Inc. ("BTE") is a Florida business corporation with its principal place of business at 3409 NW 9th Avenue, Suite 1102, Fort Lauderdale, Florida 33324 and can be served by serving its registered agent, Gina M. Cadogan, Esq. at 300 South Pine Island, Suite 107, Plantation, Florida, 33324.

6.      Defendant RWB/Linares Architecture, Inc. ("RWB") is a Florida business corporation with its principal place of business at 1600 South Dixie Highway, Suite 400, Boca Raton, Florida 33432 and can be served by serving its registered agent, Richard W. Bremer, Jr. at the same address.

7.      Defendant Affiniti Architects, Inc. ("Affiniti") is a Florida business corporation with its principal place of business at 6100 Broken Sound Pkwy N.W., Suite 8, Boca Raton, Florida 33487, and can be served by serving its registered agent, Mitchell F. Kunik, at the same address.

8.      Defendant Stephen H. Gibbs Land Surveyors, Inc. ("GLS") is a Florida business corporation with its principal place of business at 2131 Hollywood Boulevard, Suite 204, Hollywood, Florida 33020 and can be served by serving its registered agent, Stephen K. Seeley, at the same address.

9.      All Defendants are subject to personal jurisdiction within this judicial district and division because they operate, conduct, engage in, or carry on business within this state, judicial district and division, and/or have an office or agency within this state, judicial district and division.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

10.     This Court has federal question jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

11.     Venue is proper in this judicial district and division pursuant to 28 U.S.C. § 1400(b) and 28 U.S.C. § 1391(b) because Defendants reside within this judicial district and division and/or have committed acts of infringement within this judicial district and division.

## LDW'S COPYRIGHTED WORK

12.     LDW is the architectural firm of Erez Bar-Nur the firm's principal architect.  Mr. Bar-Nur earned his Master of Landscape Architecture degree from the School of Natural Resources & Environment at the University of Michigan.

13.     LDW architects are well respected and highly sought-after architects who provide architecture, planning, and consulting services throughout the South Florida area.

14.     LDW is the owner of a work of architecture entitled "Villas By The Sea".

15.     Representative plans for "Villas By The Sea" are attached hereto as Exhibit 1, and hereinafter will be referred to as the "Architectural Work."

16.     The Architectural Work is an original work of authorship of Mr. Bar-Nur created while he was employed by Bradshaw & Associates P.A. in 2004.

17.     Bradshaw & Associates P.A. assigned the Architectural Work to LDW in 2007.

18.     The Architectural Work is protected by copyright, and LDW owns the copyrights in the Architectural Work.

19.     LDW applied for registration of the Architectural Work with the Register of Copyrights, paid the required fee, and deposited the work in question, and thereafter the Copyright Office issued the registration certificate VAu 1-277-898 attached hereto as Exhibit 2.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

## DEFENDANTS' INFRINGEMENT OF THE WORK

20.     Defendant Minto builds new homes and communities through the state of Florida.

21.     Defendant EDSA is an architectural firm that operates in South Florida.

22.     Defendant BTE is a construction engineering firm that works in South Florida.

23.     Defendant RWB is an architectural firm operating in South Florida.

24.     Defendant Affiniti is an architectural firm operating in South Florida.

25.     Defendant GLS is a land surveyor firm operating in South Florida.

26.     Defendants Minto, EDSA, BTE, RWB, Affiniti, and GLS to copied, distributed and made derivative works of the Architectural Work without the permission or authority of Plaintiff about, at least, a "Site Plan – Modification Building A".

27.     The "Site Plan – Modification Building A" document is a copy of Plaintiff's Architectural Work.

28.     The "Site Plan – Modification Building A" document is a derivative work of Plaintiff's Architectural Work.

29.     Plaintiff has agreed to pay its attorneys a reasonable fee for their services in this case.

## COUNT ONE- COPYRIGHT INFRINGEMENT

30.     Plaintiff repeats and realleges paragraphs 1 through 26 of the Complaint as if fully set forth herein.

31.     LDW owns a valid copyright in the Architectural Work.

32.     LDW has applied for registration of the Architectural Work, paid the required fee, deposited the work in question, and the Copyright Office has issued the registration certificate pursuant to 17 U.S.C. § 411(a).

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

33.     Minto, EDSA, BTE, RWB, Affiniti, and GLS copied the Architectural Work and made derivative works from the Architectural Work without LDW's authorization in violation LDW's exclusive rights under 17 U.S.C. § 106.

34.     The infringement committed by Minto, EDSA, BTE, RWB, Affiniti, and GLS is willful and in disregard of LDW's rights under the Copyright Act.

35.     LDW has been damaged.

36.     The harm caused to LDW is irreparable.

WHEREFORE, the Plaintiff LDW prays for judgment against Defendants Minto, EDSA, BTE, RWB, Affiniti, and GLS that:

a.      Minto, EDSA, BTE, RWB, Affiniti, and GLS, and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.      During the pendency of this lawsuit Minto, EDSA, BTE, RWB, Affiniti, and GLS be required to deliver to the Plaintiff all copies of the Architectural Work and to account to the Plaintiff for the extent of the infringement;

c.      Defendants Minto, EDSA, BTE, RWB, Affiniti, and GLS be required to pay Plaintiff its actual damages and all additional profits earned by Minto, EDSA, BTE, RWB, Affiniti, and GLS on account of their infringement as required by 17 U.S.C. § 504; and

d.      Plaintiff be awarded such other and further relief as the Court deems just and proper.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury for all claims so triable.

Dated:  July 5, 2017    Respectfully submitted,


       */s/ Joel B. Rothman*      
       Joel B. Rothman
       Florida Bar No. 98220
       joel.rothman@sriplaw.com

       **SCHNEIDER ROTHMAN INTELLECTUAL**
       **PROPERTY LAW GROUP, PLLC**
       4651 North Federal Hwy
       Boca Raton, FL 33431
       561.404.4350 – Telephone
       561.404.4353 – Facsimile

       *Attorneys for Plaintiff Landscape*
       *Design Workshop, Inc.*